IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| THOMAS KOUNAS, | : | |
|     Debtor | : | |
| | : | Case No. 1:14-bk-05595 MDF |
| THOMAS KOUNAS, | : | |
|     Movant | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM MITCHELL AND | : | |
| CUMBERLAND COUNTY TAX CLAIM | : | |
| BUREAU, | : | |
|     Respondents | : | |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN THAT:

The Debtor seeks leave to sell real estate at Lot 5-D Conifer Lane, Mechanicsburg, PA 17050, for the sum of $59,900.00 to Seherzada Prasko and Adis Prasko free and clear of all liens and encumbrances pursuant to the terms and conditions set forth in the agreement of sale attached to the Debtor's motion.

The motion proposes to have the purchaser deemed a good faith purchaser pursuant to §363(m) of the Bankruptcy Code. The Debtor's motion and agreement may be inspected on the court docket.

The place, date and time of the sale are to be held in the offices of Lawrence G. Frank, Esquire, 100 Aspen Drive, Dillsburg, PA 17019. The attorney for the Debtor, as set forth below, may be contacted by any person wishing to inspect the real property proposed to be sold, and to arrange for physical inspection or to answer any questions about the real estate.

Prospective purchasers may examine the property at any time prior to a court order being entered approving the sale, or if any objections have been filed, the date of the court hearing.

Any objections to the proposed sale must be filed on or before September 4, 2016 with the Office of the Clerk of the United States Bankruptcy Court, 228 Walnut Street, P. O. Box 908, Harrisburg, PA 17108-0908.

The purchasers have no affiliation or relationship with the Debtor or an insider of the Debtor.

The Debtor does not propose to advertise this sale other than in the mailing of the notice to creditors and other parties in interest.

Any inquiries, comments or questions regarding this sale should be directed to the Debtor's attorney.

If no objections are timely filed to the aforementioned, the court may act on said request without hearing or without further notice. If you desire to contest this matter, file a written objection in the form of a responsive pleading and request a hearing. Any filing must conform to the Rules of Bankruptcy Procedure unless the court determines otherwise.

The proceeds from the sale of the above real estate will be distributed as follows:

(a) 6% commission to RSR Realtors and co broker, if any, per prior order of this court;

(b) 1% transfer tax;

(c) $2,000.00 to Lawrence G. Frank, Esquire, as the balance of the attorney's fee due and owing in this case;

(d) past due real estate taxes and present real estate taxes, which are the responsibility of the seller, prorated to the date of settlement;

(e) past due sewer and water charges, if any, and present sewer and water charges, if any, prorated to the date of settlement;

(f) any notarization and incidental recording fees associated with the sale of the real estate;

(g) payment to William Mitchell, Mortgagee, to the extent of any principal and interest due on said mortgage;

(h) balance after payment of the above to Charles J. DeHart, III, Chapter 13 Trustee, for distribution to creditors.

If any objections are filed, a hearing will be held on the 13th day of September, 2016, beginning at 9:30 a.m., in the Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, 228 Walnut Street, Harrisburg, PA 17101.

Date: August 11, 2016

Clerk, U.S. Bankruptcy Court
Third Floor, Ronald Reagan Federal Building
P.O. Box 908
Harrisburg, PA 17108-0908
Ph: (717) 901-2800

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>THOMAS KOUNAS,<br>    Debtor | : | Chapter 13 |
| THOMAS KOUNAS,<br>    Movant | : | Case No. 1:14-bk-05595 MDF |
| v. | : | |
| WILLIAM MITCHELL AND<br>CUMBERLAND COUNTY TAX CLAIM<br>BUREAU,<br>    Respondents | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2016, I served the foregoing *Notice To Creditors And Other Parties In Interest* on the parties identified below by depositing a copy of same in the United States mail, first class service, postage prepaid, at Rossville, Pennsylvania.

See attached mailing matrix

                LAW OFFICE OF LAWRENCE G. FRANK

                /s/ Lawrence G. Frank, Esquire

                Lawrence G. Frank, Esquire
                Attorney ID No.: 15619
                100 Aspen Drive
                Dillsburg, PA 17019
                PH: (717) 234-7455
                Fax: (717) 432-9065
                lawrencegfrank@gmail.com

                Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-1<br>Case 1:14-bk-05595-MDF<br>Middle District of Pennsylvania<br>Harrisburg<br>Thu Aug 11 11:45:00 EDT 2016 | AMERICAN EXPRESS CENTURION BANK<br>C/O DEREK C. BLASKER, ESQ.<br>1060 ANDREW DRIVE, STE 170<br>WEST CHESTER, PA 19380-5601 | ARS NATIONAL SERVICES, INC.<br>COLLECTIONS FOR CHASE<br>P.O. BOX 463023<br>ESCONDIDO, CA 92046-3023 |
| ARTHUR LASHIN, ESQUIRE<br>HAYT, HAYT & LANDAU, LLC<br>123 S. BROAD STREET, SUITE 1660<br>PHILADELPHIA, PA 19109-1003 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941 |
| BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5019 | BOSCOV'S<br>PO BOX 71106<br>CHARLOTTE, NC 28272-1106 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| CAMP HILL EMERGENCY PHYSICIANS<br>PO BOX 13693<br>PHILADELPHIA, PA 19101-3693 | CAPITAL MANAGEMENT SERVICES, LP<br>COLLECTING FOR M & T BANK<br>698 1/2 SOUTH OGDEN STREET<br>BUFFALO, NY 14206-2317 | CAPITAL ONE<br>PO BOX 85619<br>RICHMOND, VA 23285-5619 |
| CAPITAL ONE BANK (USA), N.A.<br>4851 COX ROAD<br>GLEN ALLEN, VA 23060-6293 | CHASE CARD SERVICES<br>CARDMEMBER SERVICE<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153 | CHASE#10946775-EA VT<br>CHASE RECEIVABLES<br>1247 BROADWAY<br>SONOMA, CA 95476-7503 |
| CUMBERLAND COUNTY TAX CLAIM BUREAU<br>ONE COURTHOUSE SQUARE<br>ROOM 106<br>CARLISLE, PA 17013-3339 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Cumberland County Tax Claim<br>1 Courthouse Square Room 106<br>Carlisle, PA 17013-3339 |
| Charles J. DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | ERIE INSURANCE<br>COLLECTION DEPARTMENT<br>100 ERIE INSURANCE PLACE<br>ERIE, PA 16530-0001 | ERIE INSURANCE GROUP<br>C/O WILBER & ASSOCIATES, P.C.<br>210 LANDMARK DR<br>NORMAL, IL 61761-2194 |
| FIRSTSOURCE ADVANTAGE, LLC<br>P.O. 628<br>BUFFALO, NY 14240-0628 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 | Lawrence G. Frank<br>100 Aspen Drive<br>Dillsburg, PA 17019-9621 |
| GE CAPITAL RETAIL BANK<br>PO BOX 960061<br>ORLANDO, FL 32896-0061 | GLOBAL CREDIT & COLLECTION CORP<br>COLLECTING FOR BANK OF AMERICA, N.A<br>5440 N CUMBERLAND AVE, STE 300<br>CHICAGO, IL 60656-1486 | Joshua I Goldman<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| HOLY SPIRIT HOSPITAL<br>P.O. BOX 822183<br>PHILADELPHIA, PA 19182-2183 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | (p)JC CHRISTENSEN & ASSOC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 |

| | | |
|---|---|---|
| JAMES L. WALSH, ESQUIRE<br>2215 FOREST HILLS DRIVE, SUITE 37<br>HARRISBURG, PA 17112-1099 | KOHL'S DEPARTMENT STORES, INC.<br>PAYMENT PROCESSING CENTER - 27<br>P.O. BOX 55126<br>BOSTON, MA 02205-5126 | Thomas N. Kounas<br>84 Silver Crown Drive<br>Mechanicsburg, PA 17050-1635 |
| Kounas Thomas N<br>84 Silver Crown Drive<br>Mechanicsburg, PA 17050-1635 | Law Office of Lawrence G Frank<br>100 Aspen Drive<br>Dillsburg, PA 17019-9621 | M & T BANK<br>PO BOX 619063<br>DALLAS, TX 75261-9063 |
| (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>1100 WHERLE DRIVE<br>WILLIAMSVILLE NY 14221-7748 | MIDLAND CREDIT MANAGEMENT INC.<br>COLLECTIONS FOR SEARS MASTERCARD<br>PO BOX 2121<br>WARREN, MI 48090-2121 | MIDLAND FUNDING LLC<br>88875 AERO DRIVE<br>SUITE 200<br>SAN DIEGO, CA 92123 |
| NICHOLAS LAW OFFICES, PC<br>STEVE C. NICHOLAS<br>2215 FOREST HILLS DRIVE, SUITE 37<br>HARRISBURG, PA 17112-1099 | NORTH SHORE AGENCY<br>COLLECING FOR PUBLISHERS CLEARING H<br>PO BOX 9205<br>OLD BETHPAGE, NY 11804-9005 | PA DEPARTMENT OF REVENUE<br>BUREAU OF CORPORATION TAXES<br>PO BOX 280422<br>HARRISBURG, PA 17128-0422 |
| PENN CREDIT<br>916 S 14TH STREET<br>PO BOX 988<br>HARRISBURG, PA 17108-0988 | Pacer Service Center<br>PO Box 780549<br>San Antonio, TX 78278-0549 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUANTUM IMAGING AND THERAPEUTIC ASS<br>PO BOX 62165<br>BALTIMORE, MD 21264-2165 | RSR Realtors<br>3 Lemoyne Drive<br>Lemoyne, PA 17043-1231 | SCARINGI & SCARINGI, PC<br>2000 LINGLEESTOWN ROAD<br>SUITE 106<br>HARRISBURG, PA 17110-9347 |
| STONELEIGH RECOVERY ASSOCIATES, LLC<br>PO BOX 1479<br>LOMBARD, IL 60148-8479 | Sears MasterCard<br>PO BOX183082<br>COLUMBUS, OH 43218-3082 | TJX REWARDS<br>PO BOX 530948<br>ATLANTA, GA 30353-0948 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | WILLIAM MITCHELL<br>6090 PARKWAY E.<br>HARRISBURG, PA 17112-1221 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FORD CREDIT<br>NATIONAL BANKRUPTCY SERVICE CENTER<br>P.O. BOX 6275<br>DEARBORN, MI 48121 | (d)Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit MI 48255-0953 | J.C. CHRISTENSEN AND ASSOCIATES INC<br>COLLECTIONS FOR KOHL'S DEP STORES<br>PO BOX 519<br>SAUK RAPIDS, MN 56379-0519 |

M&T BANK
PO BOX 1288
Buffalo, NY 14240

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)GLOBAL CREDIT & COLLECTION CORP
COLLECTING FOR BANK OF AMERICA, N.A
5440 N CUMBERLAND AVE, STE 300
CHICAGO, IL 60656-1486

(u)M&T BANK

End of Label Matrix
Mailable recipients    52
Bypassed recipients     2
Total                  54