```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                        Case No. 14-05595-MDF
Thomas N. Kounas                                                              Chapter 13
           Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar                Page 1 of 2          Date Rcvd: Dec 16, 2016
                              Form ID: pdf010              Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2016.
db             +Thomas N. Kounas,    84 Silver Crown Drive,    Mechanicsburg, PA 17050-1635
r              +RSR Realtors,    3 Lemoyne Drive,    Lemoyne, PA 17043-1231
4588191         ARTHUR LASHIN, ESQUIRE,    HAYT, HAYT & LANDAU, LLC,    123 S. BROAD STREET, SUITE 1660,
                 PHILADELPHIA, PA 19109-1003
4608820         American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4588192         BANK OF AMERICA,    PO BOX 15019,    WILMINGTON, DE 19886-5019
4588193         BOSCOV'S,   PO BOX 71106,    CHARLOTTE, NC 28272-1106
4588194         CAMP HILL EMERGENCY PHYSICIANS,    PO BOX 13693,    PHILADELPHIA, PA 19101-3693
4588196         CAPITAL ONE,    PO BOX 85619,    RICHMOND, VA 23285-5619
4588197        +CAPITAL ONE BANK (USA), N.A.,    4851 COX ROAD,    GLEN ALLEN, VA 23060-6293
4588198         CHASE CARD SERVICES,    CARDMEMBER SERVICE,    PO BOX 15153,    WILMINGTON, DE 19886-5153
4588199        +CHASE#10946775-EA VT,    CHASE RECEIVABLES,    1247 BROADWAY,    SONOMA, CA 95476-7503
4588200        +CUMBERLAND COUNTY TAX CLAIM BUREAU,    ONE COURTHOUSE SQUARE,    ROOM 106,
                 CARLISLE, PA 17013-3339
4604307         Capital One NA,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
4579488        +Cumberland County Tax Claim,    1 Courthouse Square Room 106,    Carlisle, PA 17013-3339
4588202         ERIE INSURANCE GROUP,    C/O WILBER & ASSOCIATES, P.C.,    210 LANDMARK DR,
                 NORMAL, IL 61761-2194
4588203         FIRSTSOURCE ADVANTAGE, LLC,    P.O. 628,    BUFFALO, NY 14240-0628
4588204        ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: FORD CREDIT,    NATIONAL BANKRUPTCY SERVICE CENTER,    P.O. BOX 6275,
                 DEARBORN, MI 48121)
4588208         HOLY SPIRIT HOSPITAL,    P.O. BOX 822183,    PHILADELPHIA, PA 19182-2183
4588211         JAMES L. WALSH, ESQUIRE,    2215 FOREST HILLS DRIVE, SUITE 37,    HARRISBURG, PA 17112-1099
4588210        ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court: J.C. CHRISTENSEN AND ASSOCIATES INC,
                 COLLECTIONS FOR KOHL'S DEP STORES,    PO BOX 519,    SAUK RAPIDS, MN 56379-0519)
4588187        +Kounas Thomas N,    84 Silver Crown Drive,    Mechanicsburg, PA 17050-1635
4588188         Law Office of Lawrence G Frank,    100 Aspen Drive,    Dillsburg, PA 17019-9621
4588213         M & T BANK,    PO BOX 619063,    DALLAS, TX 75261-9063
4588214        +MIDLAND CREDIT MANAGEMENT INC.,    COLLECTIONS FOR SEARS MASTERCARD,    PO BOX 2121,
                 WARREN, MI 48090-2121
4588215         MIDLAND FUNDING LLC,    88875 AERO DRIVE,    SUITE 200,    SAN DIEGO, CA 92123
4588216         NICHOLAS LAW OFFICES, PC,    STEVE C. NICHOLAS,    2215 FOREST HILLS DRIVE, SUITE 37,
                 HARRISBURG, PA 17112-1099
4588217         NORTH SHORE AGENCY,    COLLECING FOR PUBLISHERS CLEARING H,    PO BOX 9205,
                 OLD BETHPAGE, NY 11804-9005
4588218         PA DEPARTMENT OF REVENUE,    BUREAU OF CORPORATION TAXES,    PO BOX 280422,
                 HARRISBURG, PA 17128-0422
4588219         PENN CREDIT,    916 S 14TH STREET,    PO BOX 988,    HARRISBURG, PA 17108-0988
4588220         QUANTUM IMAGING AND THERAPEUTIC ASS,    PO BOX 62165,    BALTIMORE, MD 21264-2165
4588221        +SCARINGI & SCARINGI, PC,    2000 LINGLEESTOWN ROAD,    SUITE 106,    HARRISBURG, PA 17110-9347
4588223         STONELEIGH RECOVERY ASSOCIATES, LLC,    PO BOX 1479,    LOMBARD, IL 60148-8479
4588222         Sears MasterCard,    PO BOX183082,    COLUMBUS, OH 43218-3082
4588225        +WILLIAM MITCHELL,    6090 PARKWAY E.,    HARRISBURG, PA 17112-1221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4588189        +E-mail/Text: notices@burt-law.com Dec 16 2016 18:49:39      AMERICAN EXPRESS CENTURION BANK,
                 C/O DEREK C. BLASKER, ESQ.,    1060 ANDREW DRIVE, STE 170,    WEST CHESTER, PA 19380-5601
4588190         E-mail/Text: legal@arsnational.com Dec 16 2016 18:49:25      ARS NATIONAL SERVICES, INC.,
                 COLLECTIONS FOR CHASE,    P.O. BOX 463023,    ESCONDIDO, CA 92046-3023
4590503         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 16 2016 18:51:45
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK 73126-8941
4590531         E-mail/PDF: rmscedi@recoverycorp.com Dec 16 2016 18:44:34
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
4588195         E-mail/Text: cms-bk@cms-collect.com Dec 16 2016 18:49:25      CAPITAL MANAGEMENT SERVICES, LP,
                 COLLECTING FOR M & T BANK,    698 1/2 SOUTH OGDEN STREET,    BUFFALO, NY 14206-2317
4588201        +E-mail/Text: bankruptcy@erieinsurance.com Dec 16 2016 18:49:39      ERIE INSURANCE,
                 COLLECTION DEPARTMENT,    100 ERIE INSURANCE PLACE,    ERIE, PA 16530-0001
4588205         E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2016 18:44:34      GE CAPITAL RETAIL BANK,
                 PO BOX 960061,    ORLANDO, FL 32896-0061
4588206        +E-mail/Text: bankruptcy@affglo.com Dec 16 2016 18:49:29      GLOBAL CREDIT & COLLECTION CORP,
                 COLLECTING FOR BANK OF AMERICA, N.A,    5440 N CUMBERLAND AVE, STE 300,
                 CHICAGO, IL 60656-1486
4588209         E-mail/Text: cio.bncmail@irs.gov Dec 16 2016 18:49:24      INTERNAL REVENUE SERVICE,
                 PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4588212         E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 16 2016 18:49:39
                 KOHL'S DEPARTMENT STORES, INC.,    PAYMENT PROCESSING CENTER - 27,    P.O. BOX 55126,
                 BOSTON, MA 02205-5126
4629337         E-mail/Text: camanagement@mtb.com Dec 16 2016 18:49:25      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4629127         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2016 18:51:57
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4588224         E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2016 18:44:39     TJX REWARDS,   PO BOX 530948,
                 ATLANTA, GA   30353-0948
                                                                                           TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4616143*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,   Dept 55953,   P O Box 55000,
                 Detroit  MI  48255-0953)
4588207*       +GLOBAL CREDIT & COLLECTION CORP,    COLLECTING FOR BANK OF AMERICA, N.A,
                 5440 N CUMBERLAND AVE, STE 300,   CHICAGO, IL 60656-1486
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2016 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor  M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lawrence G. Frank    on behalf of Debtor Thomas N. Kounas lawrencegfrank@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> THOMAS N. KOUNAS <br>        Debtor | CASE NO. 1:14-bk-05595-MDF <br><br> CHAPTER 13 |

**ORDER**

UPON CONSIDERATION of Debtor's Motion to Dismiss pursuant to §1307(b) of the Bankruptcy Code, good reason appearing therefore, no objection appearing thereto, it is

HEREBY ORDERED AND DECREED that the Debtor's motion is granted and the above captioned Chapter 13 proceeding be and hereby is dismissed.

By the Court,

Dated: December 15, 2016

_Mary D. France_
Bankruptcy Judge
(VK)